Cameron Hall; AZ Bar No. 025177
Michael Zoldan; AZ Bar No. 028128
Zachary Price; AZ Bar No. 028464
**HALL & CHELLE LAW, LLC**
7400 E. Pinnacle Peak Rd. # 204
Scottsdale, AZ 85255
Tel & Fax: 480.422.4529
Cameron@Hall-Chelle.com
Michael@Hall-Chelle.com
ZPrice@Hall-Chelle.com
Docketing@Hall-Chelle.com

Attorneys for Plaintiff
Tracy Rexroat

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Tracy Rexroat,**<br><br>    Plaintiff,<br><br>v.<br><br>**Arizona Department of Education**; and**, State of Arizona, State Board of Education,**<br><br>    Defendant. | **Case No: 2:11-cv-01028-PHX-PGR**<br><br><br>**EX PARTE MOTION TO WITHDRAW AS COUNSEL**<br><br>**(Assigned to the<br>Hon. Paul G. Rosenblatt)** |

Pursuant to LRCiv 83.3(b), Federal Rule of Civil Procedure and Ethical Rules 1.4 and 1.16, attorney Michael Zoldan and Hall & Chelle Law, LLC hereby move to this Court to withdraw as counsel for Plaintiff Tracy Rexroat ("**Rexroat**").

Rexroat's consent to this withdrawal is provided below. Rexroat has been notified in writing of the status of this case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders, and the possibility of

sanctions.

The last known address and telephone number for Rexroat is as follows:

> Tracy Rexroat
> 3308 N. 39th Ave.
> Phoenix, AZ 85019
> (602) 716-1172

Rexroat has been informed that she is responsible for the ongoing conduct of these proceedings and must abide by all Rules and existing Court Orders at penalty of sanction. Because trial for this matter will not commence for almost three months, Rexroat will have adequate time to secure alternate counsel, and will not be prejudiced by counsel's withdrawal.

THEREFORE, counsel respectfully requests that this Court issue the proposed Order filed concurrently herewith.

DATED May 4, 2012.

**HALL & CHELLE LAW, LLC**

By: /s/ Michael Zoldan
7400 E. Pinnacle Peak Rd., Suite 204
Scottsdale, Arizona 85255
Attorneys for Plaintiff
Tracy Rexroat

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Rachel Bacalzo, Esq.
    Assistant Attorney General
    1275 West Washington
    Phoenix, Arizona 85007
    Telephone: (602) 542-7750
    Rachel.Bacalzo@azag.gov

Copy of the foregoing sent via mail
And email this May 4, 2012 to:

    Tracy Rexroat
    3308 N. 39th Ave.
    Phoenix, AZ 85019

/s/ Morgan Sullivan