IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Rexroat,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Department of Education;<br>and, State of Arizona, State Board of<br>Education,<br><br>    Defendants. | CIV. 11-1028-PHX-PGR<br><br>**ORDER** |

Before the Court is the Motion to Withdraw as Attorney filed by Plaintiff's counsel Michael Zoldan and Hall & Chelle, LLC (Doc. 68). Defendants responded opposing the motion (Doc. 69). In reply, Plaintiff's counsel submitted Plaintiff's signed consent to the withdrawal (Doc. 70, Ex. A). The Court will therefore grant the motion under Local Rule of Civil Procedure 83(b)(1).

Accordingly,

IT IS ORDERED granting the motion (Doc. 68). Attorney Michael Zoldan and Hall & Chelle, LLC, are withdrawn as counsel of record for Plaintiff Tracy Rexroat in the above-referenced matter.

IT IS FURTHER ORDERED that no later than June 8, 2012, Plaintiff shall either obtain new counsel and have that counsel file a notice of appearance, or file a statement informing the Court that she wishes to proceed *pro se.*

IT IS FURTHER ORDERED staying this action until further order of the Court.

DATED this 8th day of May, 2012.

/s/ Paul G. Rosenblatt
Paul G. Rosenblatt
United States District Judge

- 2 -