**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AZBN 026082, CABN242728
strojnik@skplaw.com

*Attorney for Plaintiff Tracy Rexroat*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TRACY REXROAT, an Arizona resident, ) | NO. 2:11-cv-01028-PGR |
| ) | |
| Plaintiff, ) | **NOTICE OF ERRATA** |
| ) | |
| vs. ) | |
| ) | |
| ARIZONA DEPARTMENT OF ) | |
| EDUCATION; STATE OF ARIZONA, ) | |
| STATE BOARD OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

NOTICE IS HEREBY GIVEN that Plaintiff used incorrect verbiage on two points in her recent Doc. 79 filing. At Doc. 79 at n.1, Plaintiff stated that "counsel had to cut short a conference call due to a medical appointment." The quoted language should read "counsel [advised that she] had to cut short a conference call due to a medical appointment." Counsel for Defendant insisted that Plaintiff correct this language even though counsel's exact quote was included. At Doc. 79 at 6, Plaintiff stated "only one of the three designees showed up". Counsel for Defendant provided a declaration of the two designees declaring under oath that

-1-

1  they appeared.  Even though there is no record of the designees appearing at the deposition,

2  Plaintiff will accept the sworn oaths provided by Defendant.

3

4       DATED this 19th day of July, 2012.

                        */s/ Peter Kristofer Strojnik*
                        Peter Kristofer Strojnik (026082)
                        strojnik@skplaw.com
                        THE STROJNIK FIRM L.L.C.
                        Esplanade Center III, Suite 700
                        2415 East Camelback Road
                        Phoenix, Arizona 85016
                        602 510 9409 (tel)
                        602 532 7572 (fax)

                        ***Attorney for Plaintiff Tracy Rexroat***