**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AZBN 026082, CABN242728
strojnik@skplaw.com

*Attorney for Plaintiff Tracy Rexroat*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TRACY REXROAT, an Arizona resident, <br><br> Plaintiff, <br><br> vs. <br><br> ARIZONA DEPARTMENT OF EDUCATION; STATE OF ARIZONA, STATE BOARD OF EDUCATION, <br><br> Defendants. | NO. 2:11-cv-01028-PGR <br><br> **NOTICE OF FILING DISPOSITIVE MOTION IN COMPANION CASE** |

NOTICE IS HEREBY GIVEN that Plaintiffs Stephanie Golden and Ruth Kerr filed a Motion for Partial Summary Judgment (doc. 32) in the companion case of Hahn et al. v. Arizona Department of Education, Cause No. 2:12-cv-1299-PHX-FJM. As the Court is aware, the same male comparators in this case are earning significantly more than Plaintiffs in the Hahn et al. matter.

-1-

1
2     DATED this 4th day of January, 2013.
3
4                                            */s/ Peter Kristofer Strojnik*
                                             Peter Kristofer Strojnik (026082)
5                                            Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25